MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
JAMES A. GOEKE
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 0 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ADAM CHARLES WELLBORN and
BRITTANY JEAN SCHAEFFER,

                Defendants.

Case No.: **2:14-CR-32-JLQ**

INDICTMENT

Ct 1: 18 U.S.C. § 1029(b)(2) –
Conspiracy to Commit Access Device Fraud

Forfeiture Allegations

The Grand Jury charges:

## COUNT ONE
### CONSPIRACY TO COMMIT ACCESS DEVICE FRAUD
### 18 U.S.C. § 1029(b)(2)

From on or about August 15, 2013 to on or about September 3, 2013, in the Eastern District of Washington, in Chelan County and elsewhere, Defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER, did knowingly and willfully conspire and agree together and with each other to commit a violation of 18

INDICTMENT - 1
02-19-14 Wellborn & Schaeffer Indictment.docx

U.S.C. § 1029(a)(5), to wit, to knowingly and with intent to defraud, effect transactions with an access device issued to another person to receive money and other things of value aggregating $1,000 or more during a period from on or about August 26, 2013 to on or about September 3, 2013, said use affecting interstate commerce and foreign commerce in that the access device utilized an automated teller machine connected to a nationwide network of financial institutions outside the Eastern District of Washington, all in violation of 18 U.S.C. § 1029(b)(2).

## GENERAL ALLEGATIONS

At all times material to this Indictment Defendant ADAM CHARLES WELLBORN and Defendant BRITTANY JEAN SCHAEFFER were residents of Chelan County in the Eastern District of Washington.

The term "access device" means any card, plate, code, account number, electronic serial number, mobile identification number, personal identification number, or other telecommunications service, equipment, or instrument identifier, or other means of account access that can be used, alone or in conjunction with another access device, to obtain money, goods, services, or any other thing of value, or that can be used to initiate a transfer of funds (other than a transfer originated solely by paper instrument).

## MANNER AND MEANS

It was the purpose and object of the conspiracy for defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER to knowingly and with intent to defraud effect transactions with an access device issued to another person to receive money and other things of value aggregating at least $1,000 during a 1-year period, to wit from on or about August 15, 2013 to on or about September 3, 2013.

It was further the purpose and object of the conspiracy for Defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER to on or about

INDICTMENT - 2
02-19-14 Wellborn & Schaeffer Indictment.docx

August 26, 2013 to on or about September 3, 2013 deposit without lawful authority stolen checks into the bank account of another person to inflate the balance of the other person's bank account.

It was further the purpose and object of the conspiracy for Defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER to on or about August 26, 2013 to on or about September 3, 2013 use without lawful authority another person's bank debit card to withdraw funds and make point of sale purchases in excess of $1,000 for the benefit of themselves.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, certain overt acts were committed in the Eastern District of Washington, including, among others:

Beginning on or about August 15, 2013 and continuing to on or about August 26, 2013, Defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER acquired a bank debit card (an access device) issued to another person, J.S., and acquired and created a unique personal identification number (PIN) for J.S.' bank debit card. Defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER acquired the bank debit card and unique PIN in the Wenatchee, Washington area in the Eastern District of Washington. The bank debit card was issued by Cashmere Valley Bank for J.S.' bank account number XXXXXX0010 held at Cashmere Valley Bank. At no time on or about August 15, 2013 and continuing to on or about September 3, 2013 did Defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER have permission and lawful authority to possess and use J.S.' bank debit card.

On August 26, 2013, Defendant BRITTANY JEAN SCHAEFFER activated J.S.' bank debit card in the Wenatchee, Washington area in the Eastern District of Washington utilizing an automated teller machine connected to a

INDICTMENT - 3
02-19-14 Wellborn & Schaeffer Indictment.docx

nationwide network of financial institutions outside the Eastern District of Washington, allowing Defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER to make fraudulent and unauthorized deposits, withdrawals, and point of sale transactions using the bank debit card. Defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER did not have lawful authority to use the debit card and were not named on J.S.' Cashmere Valley Bank account number XXXXXX0010. Defendant ADAM CHARLES WELLBORN was with Defendant BRITTANY JEAN SCHAEFFER when she activated J.S.' debit card on August 26, 2013.

Beginning on or about August 26, 2013 and continuing to on or about September 3, 2013, Defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER made fraudulent deposits totaling over $1,000 into J.S.' Cashmere Valley Bank account number XXXXXX0010. The fraudulent deposits were made using stolen checks with the payees altered to reflect J.S. instead of the intended payees. The fraudulent deposits by Defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER into J.S.' bank account were made by Defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER in the Wenatchee, Washington area in the Eastern District of Washington.

Beginning on or about August 26, 2013 and continuing to on or about September 3, 2013, Defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER made fraudulent and unauthorized cash withdrawals and point of sale purchases using J.S.' bank debit card totaling over $1,000. The fraudulent and unauthorized withdrawals and point of sale transactions made by Defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER from J.S.' Cashmere Valley Bank account number XXXXXX0010 were made in the Wenatchee, Washington area in the Eastern District of Washington. The fraudulent and

INDICTMENT - 4
02-19-14 Wellborn & Schaeffer Indictment.docx

unauthorized withdrawals and point of sale transactions made by Defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER from J.S.' Cashmere Valley Bank account number XXXXXX0010 were all made for the benefit of the Defendants.

All in violation of 18 U.S.C. § 1029(b)(2).

## NOTICE OF CRIMINAL FORFEITURE

Count 1 of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C).

Upon conviction of the offense in violation of 18 U.S.C. § 1029(b)(2) set forth in Count 1 of this Indictment, Defendants ADAM CHARLES WELLBORN and BRITTANY JEAN SCHAEFFER shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s); and/or pursuant to 18 U.S.C. § 1029(c)(1)(C), any personal property used or intended to be used to commit the offense(s).

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and § 1029(c)(2) and 28 U.S.C. § 2461(c).

DATED: February 20, 2014

A TRUE BILL

*[signature]*

MICHAEL C. ORMSBY
United States Attorney

*[signature]*

JAMES A. GOEKE
Assistant United States Attorney

INDICTMENT - 6
02-19-14 Wellborn & Schaeffer Indictment.docx